**Order entered August 20, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00282-CR

**EMILIO SIERRA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 174th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1566708**

## ORDER

Before the Court is appellant's August 18, 2021 third motion for an extension of time to file his brief. We **GRANT** the motion and **ORDER** appellant's brief due on October 18, 2021. We caution appellant that further extensions are not favored, and the failure to file a brief by the above date may result in the appeal being abated for a hearing. *See* TEX. R. APP. P. 38.8(b).

/s/ LANA MYERS
   JUSTICE